UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ARTURO E. ACOSTA,                )
                                 )
    Plaintiff,                   )   2:09-cv-1998-RLH-RJJ
                                 )
vs.                              )
                                 )
N.A.P.H. CARE, *et al.*,         )   O R D E R
                                 )
    Defendant,                   )
_____  )

This matter is before the court on Plaintiff's Motion to Extend Prison Copywork Limit (#9).

The Court having reviewed the Motion (#9) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Prison Copywork Limit (#9) is **DENIED.**

DATED this  29th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge