UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ARTURO E. ACOSTA, | ) |
| Plaintiff, | ) 2:09-cv-1998-RLH-RJJ |
| vs. | ) |
| N.A.P.H. CARE, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate judge on Plaintiff's Ex Parte Motion to Extend Copy Work Limit (#13).

The Court having reviewed the Motion (#13) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Ex Parte Motion to Extend Copy Work Limit (#13) is **DENIED**.

DATED this  15th   day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge