# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ARTURO E. ACOSTA,

 *Plaintiff*,

vs.

N.A.P.H. CARE*, et al.*

 *Defendants*.

2:09-cv-01998-RLH-RJJ

ORDER

  IT IS ORDERED that plaintiff's application (#19) for a certificate of appealability is DENIED as unnecessary, as a certificate of appealability is not required to pursue an appeal in a civil rights action as opposed to a habeas matter.

  DATED:  January 27, 2011.

_____
ROGER L. HUNT
Chief United States District Judge