1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                          **DISTRICT OF NEVADA**
8
9    ARTURO E. ACOSTA,

         *Plaintiff,*                          2:09-cv-01998-RLH-RJJ
10
     vs.
11
                                               ORDER
12   N.A.P.H. CARE, *et al.*

13       *Defendants.*

14

15        This closed prisoner civil rights action comes before the Court on plaintiff's motion

16   (#23) for production of transcripts at government expense.  Plaintiff seeks transcripts of the

17   "hearing" held on January 10, 2011.  There was no hearing held on January 10, 2011.  The

18   Court dismissed the action for failure to state a claim by an order and judgment entered on

19   January 10, 2011. Neither the order nor the docket refers to a hearing.  A screening dismissal

20   such as that entered in this matter is entered based upon the plaintiff's failure to state a claim

21   upon which relief may be granted in the papers on file.

22        IT THEREFORE IS ORDERED that plaintiff's motion (#23) for production of transcripts

23   at government expense is DENIED.

24            DATED:   February 22, 2011.

25

26

27   _____
     ROGER L. HUNT
28   Chief United States District Judge